**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF SOUTH CAROLINA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Premier Medical, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-1594502** | |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **6000 A Pelham Road** **Greenville, SC 29601** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Greenville** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Premier Medical, Inc.**                                                  Case number (*if known*) _____
    Name

**7.** **Describe debtor's business**    A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐ Railroad (as defined in 11 U.S.C. § 101(44))

    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

    ■ None of the above

    B. *Check all that apply*

    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
      http://www.uscourts.gov/four-digit-national-association-naics-codes.

    ____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

    ☐ Chapter 7

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

    ☐ Chapter 9

    ■ Chapter 11. *Check **all** that apply:*

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

    ■ No.
    ☐ Yes.

| District | When | Case number |
|----------|------|-------------|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor   **Premier Medical, Inc.**                                     Case number (*if known*) _____
     Name

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ | When _____ | Case number, if known _____ |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

       Contact name _____

       Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|

---

Debtor      **Premier Medical, Inc.**

Name _____

Case number (*if known*) _____

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☑ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Premier Medical, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 21, 2023**
              MM / DD / YYYY

**X** **/s/ Kevin Murdock**                          **Kevin Murdock**
Signature of authorized representative of debtor     Printed name

Title    **Sole Owner**

**18. Signature of attorney**

**X** **/s/ Robert H. Cooper**                 Date    **March 21, 2023**
Signature of attorney for debtor                       MM / DD / YYYY

**Robert H. Cooper**
Printed name

**The Cooper Law Firm**
Firm name

**150 Milestone Way, Ste B**
**Greenville, SC 29615**
Number, Street, City, State & ZIP Code

Contact phone    **864-271-9911**        Email address    **thecooperlawfirm@thecooperlawfirm.com**

**05670 SC**
Bar number and State

## United States Bankruptcy Court
### District of South Carolina

In re  **Premier Medical, Inc.**                                          Case No. _____

_____ Debtor(s)           Chapter    **11** _____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Kevin Murdock**, declare under penalty of perjury that I am the **Sole Owner** of **Premier Medical, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 21st day of March, 2023.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Kevin Murdock**, **Sole Owner** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Kevin Murdock**, Sole **Owner** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Kevin Murdock, Sole Owner** of this Corporation is authorized and directed to employ **Robert H. Cooper DCID #5670**, attorney and the law firm of **The Cooper Law Firm** to represent the corporation in such bankruptcy case."

Date **March 21, 2023** _____        Signed  **/s/ Kevin Murdock** _____
                                                              **Kevin Murdock**

Resolution of Board of Directors
of
**Premier Medical, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Kevin Murdock, Sole Owner** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Kevin Murdock, Sole Owner** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Kevin Murdock**, Sole **Owner** of this Corporation is authorized and directed to employ **Robert H. Cooper DCID #5670**, attorney and the law firm of **The Cooper Law Firm** to represent the corporation in such bankruptcy case.

Date  **March 21, 2023**

Signed  **/s/ Kevin Murdock**

**Kevin Murdock**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Premier Medical, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF SOUTH CAROLINA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **CloudFund, LLC 400 Rekka Blvd, Ste 165-101 Suffern, NY 10901** | | **Merchant Loan** | | | | **$270,000.00** |
| **Dash Courier Service PO Box 11049 Charlotte, NC 28220** | | | | | | **$73,362.00** |
| **Diversified Property Ventures, LLC c/o Cushman & Wakefield PO Box 5160 Glen Allen, VA 23058** | | | | | | **$129,987.00** |
| **Experian Health Inc PO Box 846133 Los Angeles, CA 90084** | | | | | | **$128,316.00** |
| **Fisher Healthcare Attn 001686 Atlanta, GA 30384** | | | | | | **$73,433.00** |
| **Greenville County Tax Assessor 301 University Ridge, Ste 700 Greenville, SC 29601** | | | | | | **$214,424.00** |
| **Illumina Inc 12864 Collection Center Dr Chicago, IL 60693** | | | | | | **$333,444.00** |
| **Jant Pharmacal Corp 16530 Ventura Blvd #512 Encino, CA 91436** | | | | | | **$107,773.00** |

| Debtor | **Premier Medical, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kudzu Staffing Inc**<br>PO Box 51627<br>Powdersville, SC 29673 | | | | | | **$105,199.00** |
| **Lab Logistics LLC**<br>PO Box 84938<br>Chicago, IL 60689 | | | | | | **$112,784.00** |
| **Legacy Capital 26, LLC**<br>290 Harbor Drive<br>Stamford, CT 06902 | | Merchant Loan | | | | **$1,167,250.00** |
| **Life Technologies Corp**<br>12088 Collection Center Dr<br>Chicago, IL 60693 | | | | | | **$204,586.00** |
| **Myhommelabs**<br>6366 College Blvd<br>Overland Park, KS 66211 | | | | | | **$90,000.00** |
| **Pulse Consulting**<br>2400 Veterans Mem Blvd 510<br>Kenner, LA 70062 | | | | | | **$110,000.00** |
| **Quest Diagnostics Atl**<br>PO Box 74736<br>Atlanta, GA 30374 | | | | | | **$151,339.00** |
| **Radla Capital, LLC**<br>161-10A Union Street 2nd Floor<br>Flushing, NY 11366 | | Merchant Loan | | | | **$329,868.00** |
| **Roche Diagnostics Corp**<br>Mail Code 5508<br>Charlotte, NC 28272 | | ????? | | | | **$120,000.00** |
| **UPS**<br>PO Box 7247-0244<br>Philadelphia, PA 19170 | | | | | | **$124,793.00** |
| **Vessell Medical**<br>6000 A Pelham Road<br>Greenville, SC 29615 | | | | | | **$6,923,182.00** |
| **Vox Funding SPV1, LLC**<br>14 E 44th St 4th Floor<br>New York, NY 10017 | | Merchant Loan | | | | **$1,456,000.00** |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of South Carolina

In re    **Premier Medical, Inc.**                                                          Case No. _____

Debtor(s)                          Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **65,000.00** |
| Prior to the filing of this statement I have received | $ **65,000.00** |
| Balance Due | $ **0.00** |

2.    The source of the compensation paid to me was:

☐ Debtor      ■ Other (specify):      **Debtor has paid $65,000 in attorneys fees as a retainer, $29,646.00 of which were earned prepetition. Therefore, $35,354.00 of the retainer is to be billed for future services. Additional fees will be charged and billed at $295 per hour.**

3.    The source of compensation to be paid to me is:

■ Debtor      ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 21, 2023**                                          **/s/ Robert H. Cooper**
_Date_                                                            **Robert H. Cooper**
                                                                      _Signature of Attorney_
                                                                      **The Cooper Law Firm**
                                                                      **150 Milestone Way, Ste B**
                                                                      **Greenville, SC 29615**
                                                                      **864-271-9911   Fax: 864-232-5236**
                                                                      **thecooperlawfirm@thecooperlawfirm.com**
                                                                      _Name of law firm_

---

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
### District of South Carolina

In re  **Premier Medical, Inc.**                                                        Case No.
_____              Chapter    **11**
Debtor(s)

## CERTIFICATION VERIFYING CREDITOR MATRIX

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

(a)  _____ computer diskette

(b)  _____ scannable hard copy
(number of sheets submitted _____)

(c)  __X__ electronic version filed via CM/ECF

Date:  **March 21, 2023**                              **/s/ Kevin Murdock**
_____       _____
                                                      **Kevin Murdock/Sole Owner**
                                                      Signer/Title

Date:  **March 21, 2023**                              **/s/ Robert H. Cooper**
_____       _____
                                                      Signature of Attorney
                                                      **Robert H. Cooper**
                                                      **The Cooper Law Firm**
                                                      **150 Milestone Way, Ste B**
                                                      **Greenville, SC 29615**
                                                      **864-271-9911   Fax: 864-232-5236**
                                                      Typed/Printed Name/Address/Telephone

                                                      **05670 SC**
                                                      _____
                                                      District Court I.D. Number

14 SOUTH MAIN LLC
14 S MAIN ST 3RD FLOOR
GREENVILLE SC 29601


A.G. ADJUSTMENTS, LTD.
740 WALT WHITMAN ROAD
MELVILLE NY 11747


ACUMEN IT
3620 PELHAM ROAD
GREENVILLE SC 29615


ADAMS AND REESE LLP
DEPT 5208
BIRMINGHAM AL 35287


ADITXT
737 N 5TH ST
RICHMOND VA 23219


ADL HEALTH
14220 NORTHBROOK DRIVE STE 600
SAN ANTONIO TX 78232


AGILENT TECHNOLOGIES
4187 COLLECTIONS CENTER DR
CHICAGO IL 60693


AIR SCIENCE LLC
120 6TH ST
FORT MYERS FL 33907


AMERICAN LABORATORY SOLUTIONS
500 BUCKSLEY LANE
DANIELS ISLAND SC 29492


AMETEK POWERVAR
32806 COLLECTIIN CENTER DR
CHICAGO IL 60693


AP PROFESSIONAL SECURITY LLC
300 PETTIGRU ST STE 20.
GREENVILLE SC 29601

APRIL JULIAN
176 PEARSON RD
BELTON SC 29627


ARKSTONE
135 ROCKAWAY TURNPIKE STE 111
LAWRENCE NY 11559


ASSURANCE LAB CONSULTING
2868 ACTION RD STE 207
BIRMINGHAM AL 35243


AVIOQ INC
104 T.W. ALEXANDER DR
RESEARCH TRIANGLE PA NC 27709


BAEBIES INC
PO BOX 14403
DURHAM NC 27709


BARNEY MCKENNA & OLMSTEAD
43 SOUTH 100 EAST
SAINT GEORGE UT 84770


BECKMAN COULTER
DEPT CH10164
PALATINE IL 60055


BIOMEDICAL REFRIGERATION SERVICES
2680 SOUTH LAKE DR
LEXINGTON SC 29073


BIOPURE ENVIRONMENTAL SERVICE
655H FAIRVIEW ROAD BOX 333
SIMPSONVILLE SC 29680


BIOSAFE SUPPLIES LLC
9436 SOUTHRIDGE PARK COURT
ORLANDO FL 32819


BORIS YANKOVICH
415 OCEAN VIEW AVE FL 3
BROOKLYN NY 11235

C2CRESOURCES
1455 LINCOLN PKWY E STE 550
ATLANTA GA 30346


CARDMEMBER SERVICES
PO BOX 790408
SAINT LOUIS MO 63179


CAROLINA SHRED
1682 KATY LANE
FORT MILL SC 29708


CHANCE CAMPBELL
481 GARLINGTON ROAD SUITE A
GREENVILLE SC 29615


CHERNOFF NEWMAN
1411 GERVAIS ST
COLUMBIA SC 29201


CITY OF GREENVILLE
PARKING ENFORCEMENT
GREENVILLE SC 29609


CLINICAL LAB SALES TRAINING LLC
10751 FOLKESTONE WAY
WOODSTOCK MD 21163


CLOUDFUND, LLC
400 REKKA BLVD, STE 165-101
SUFFERN NY 10901


CLSI
PO BOX 645766
PITTSBURGH PA 15264


COMMIT SERVICES INC
244 5TH AVE STE 1218
NEW YORK NY 10001


COMPLIANCELINE LLC
8615 CLIFF CAMERON DR STE 290
CHARLOTTE NC 28269

CPT MEDICAL, INC.
6000A PELHAM ROAD
GREENVILLE SC 29615


CT CORPORATION
PO BOX 4349
CAROL STREAM IL 60197


DASH COURIER SERVICE
PO BOX 11049
CHARLOTTE NC 28220


DATA MEDIA ASSOCIATES LLC
PO BOX 1052
COLUMBUS GA 31902


DIAZYME LABORATORIES
PO BOX 392165
PITTSBURGH PA 15251


DIVERSIFIED MEDICAL HEALTHCARE, INC.
6000A PELHAM ROAD
GREENVILLE SC 29615


DIVERSIFIED PROPERTIES 2, LLC
6000A PELHAM ROAD
GREENVILLE SC 29615


DIVERSIFIED PROPERTY VENTURES, LLC
C/O CUSHMAN & WAKEFIELD
PO BOX 5160
GLEN ALLEN VA 23058


DIVERSIFIED PROPERTY VENTURES, LLC
6000A PELHAM ROAD
GREENVILLE SC 29615


DJO LLC
PO BOX 650777
DALLAS TX 75265


DNA GENOTEK
3000 500 PALLADIUM DR
OTTAWA ON K2C 3H4

DPX LABS LLC
19 TECHNOLOGY CIRCLE
COLUMBIA SC 29203


DRUG TESTING FOR LESS
1887 MCFARLAND PARKWAY
ALPHARETTA GA 30005


DUFFY & YOUNG LLC
96 BROAD STREET
CHARLESTON SC 29401


ECLINICALWORKS
PO BOX 847950
BOSTON MA 02284


ELAN CREDIT SERVICES
PO BOX 790408
SAINT LOUIS MO 63179


EMDS
PO BOX 679493
DALLAS TX 75267


ENVIRONMENTAL SAFETY PROFESSIONALS
7419 KNIGHTDALE BLVD STE 115
KNIGHTDALE NC 27545


EUROIMMUN US INC
1 BLOOMFIELD AVE
MOUNTAIN LAKES NJ 07046


EVOQUA WATER TECHNOLOGIES LLC
4450 TOWNSHIP LINE ROAD
SKIPPACK PA 19474


EXPERIAN HEALTH INC
PO BOX 846133
LOS ANGELES CA 90084


FEDEX
PO BOX 371461
PITTSBURGH PA 15250

FIRST CAROLINA HOLDINGS, LLC
4113 E. NORTH STREET
GREENVILLE SC 29615


FISHER HEALTHCARE
ATTN 001686
ATLANTA GA 30384


FRANK VELOCCI
FAEGREDRINKER
1177 AVENUE OF THE AMERICAS, 41ST FLOOR
NEW YORK NY 10036


GENESEE SCIENTIFIC CORP
900 VERNON WAY
EL CAJON CA 92020


GLAST, PHILLIPS & MURRAY
14801 QUORUM DRIVE SUITE 500
DALLAS TX 75254


GREENBERG, GRANT & RICHARDS
5858 WESTHEIMER ROAD STE 500
HOUSTON TX 77057


GREENVILLE COUNTY TAX ASSESSOR
301 UNIVERSITY RIDGE, STE 700
GREENVILLE SC 29601


GREENVILLE MEDICAL SUPPLY
3025 WILDRIDGE
MASSILLON OH 44646


GREENVILLE WATER SYSTEM
PO BOX 687
GREENVILLE SC 29602


GREGORY CRAPANZANO
200 SOUTH 10TH STREET STE 1600
RICHMOND VA 23219


GREINER BIO-ONE
4238 CAPITAL DRIVE
MONROE NC 28110

GS1 US INC
DEPT 781271
DETROIT MI 48278


HAYNESWORTH SINKLER BOYD
1201 MAIN STREET22ND FLOOR
COLUMBIA SC 29201


HILLARY MCGEE
148 GOLDEN POND DR
LEXINGTON SC 29073


HOFFMAN MECHANICAL SOLUTIONS
PO BOX 77319
GREENSBORO NC 27417


HOLDER, PADGETT, LITTLEJOHN & PRICKETT
800 E. NORTH STREET
GREENVILLE SC 29601


HUNTINGTON TECHNOLOGY FINANCE
22885 FRANKLIN ROAD
BLOOMFIELD HILLS MI 48303


HYCOR BIOMEDICAL
PO BOX 51899
LOS ANGELES CA 90051


ILLUMINA INC
12864 COLLECTION CENTER DR
CHICAGO IL 60693


INTEGRATED DNA TECHNOLOGIES
PO BOX 74007330
CHICAGO IL 60674


INTEGRATED MICRO CHROMATOGRAPHY SYS
110 CENTRUM DR
IRMO SC 29063


INTERNAL MED PHYSICIANS OF ALLIANCE
1207 WEST STATE ST STE N
ALLIANCE OH 44601

INTERNAL MED PHYSICIANS OF MINERVA
1168 ALLIANCE RD NW
MINERVA OH 44657


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346


INTUITIVE HEALTH LLC
104 AVALON COURT
CHAPIN SC 29036


IRS MDP 39
1835 ASSEMBLY ST, RM 469
COLUMBIA SC 29201


IVANTI
DEPT 0352
DALLAS TX 75312


J.R. KREBS
2123 9TH STREET, SUITE 110
TUSCALOOSA AL 35401


JANT PHARMACAL CORP
16530 VENTURA BLVD #512
ENCINO CA 91436


JONATHAN SCHULZ
BRADLEY
214 N TRYON ST STE 3700
CHARLOTTE NC 28202


KELLY HART
201 MAIN STREET, SUITE 2500
FORT WORTH TX 76102


KEVIN MURDOCK
118 JAMES ST
GREENVILLE SC 29609


KUDZU STAFFING INC
PO BOX 51627
POWDERSVILLE SC 29673

LAB LOGISTICS LLC
PO BOX 84938
CHICAGO IL 60689


LABTECH DIAGNOSTICS
PO BOX 825893
PHILADELPHIA PA 19182


LEAF CAPITAL
PO BOX 5066
HARTFORD CT 06102


LEGACY CAPITAL 26, LLC
290 HARBOR DRIVE
STAMFORD CT 06902


LGC CLINICAL DIAGNOSTICS INC
DEPT CH 16362
PALATINE IL 60055


LIFE TECHNOLOGIES CORP
12088 COLLECTION CENTER DR
CHICAGO IL 60693


LIGHTHOUSE LAB SERVICES
1337 HUNDRED OAKS DR
CHARLOTTE NC 28217


LITTLER
110 E COURT ST SUITE 201
GREENVILLE SC 29601


LONGHORN VACCINES AND DIAGNOSTICS
9110 BOOTHBAY COURT
WILMINGTON NC 28411


LUMINEX CORP
PO BOX 844222
DALLAS TX 75284


LYNN PINK HURST & SCHWEGMANN
2100 ROSS AVE STE 2700
DALLAS TX 75201

MARSHALL SCIENTIFIC
2 ARNOLD CIRCLE
CAMBRIDGE MA 02139


MCKESSON MEDICAL SURGICAL
PO BOX 936279
ATLANTA GA 31193


MEDCARE MSO
1000 CORDOVA PLACE STE 206
SANTA FE NM 87505


MEDCHAIN SUPPLY
PO BOX 842818
BOSTON MA 02284


MEDICAL PRACTICE CONCEPTS
330 JIMMY JOHNSTON ROAD
GREENEVILLE TN 37743


MEDLINE INDUSTRIES INC
DEPT CH 14400
PALATINE IL 60055


MEDWASTE SERVICES
1682 KATY LANE
FORT MILL SC 29708


MICROSOFT MSDN
PO BOX 848529
DALLAS TX 75284


MISSISSIPPI BIOMEDICAL
201 NORTH LANE DRIVE
TUPELO MS 38801


MYHOMMELABS
6366 COLLEGE BLVD
OVERLAND PARK KS 66211


NATIONAL JEWISH HEALTH- ADX
1400 JACKSON STREET M011
DENVER CO 80206

NELSON MULLINS RILEY ET AL
PO BOX 11009
COLUMBIA SC 29211


NFS LEASING
900 CUMMINGS CENTER STE 226U
BEVERLY MA 01915


ONGEN, INC.
6000A PELHAM ROAD
GREENVILLE SC 29615


OPTIWISE
8964 RISING MIST WAY
ROSEVILLE CA 95747


PANGEA LABORATORY
14762 BENTLEY CIRCLE
TUSTIN CA 92780


PATIA EUROPE S.L.
SAN SEBASTIAN PR 00685


PAVEA LLC
2329 PORTER STREET NW
WASHINGTON DC 20008


PEAK SCIENTIFIC
19 STERLING ROAD STE 1
NORTH BILLERICA MA 01862


PEARL PATHWAYS
29 E MCCARTY ST STE 100
INDIANAPOLIS IN 46225


PERKINELMER HEALTH SCIENCES INC
710 BRIDGEPORT AVE
SHELTON CT 06484


PHENOMENEX
PO BOX 749397
LOS ANGELES CA 90074

PIEDMONT NATURAL GAS
PO BOX 1246
CHARLOTTE NC 28201


PLUS INC
PO BOX 5643
GREENVILLE SC 29606


PULSE CONSULTING
2400 VETERANS MEM BLVD 510
KENNER LA 70062


QUEST DIAGNOSTICS ATL
PO BOX 74736
ATLANTA GA 30374


RADLA CAPITAL, LLC
161-10A UNION STREET 2ND FLOOR
FLUSHING NY 11366


RAININ
PO BOX 13505
NEWARK NJ 07188


RANDOX LABORTORIES US LTD
515 INDUSTRIAL BLVD
KEARNEYSVILLE WV 25430


REBECCA RITZ
7934 WNC 10 HWY
VALE NC 28168


REGENCY FINANCE, LLC
111 PETTIGRU STREET
GREENVILLE SC 29601


RICHARD T. AVIS & ASSOCIATES
5500 PEARL ST
ROSEMONT IL 60018


ROBINSON BRADSHAW
202 E. MAIN ST.
ROCK HILL SC 29730

ROCHE DIAGNOSTICS CORP
MAIL CODE 5508
CHARLOTTE NC 28272


ROE CASSIDY COATES, & PRICE , PA
PO BOX 10529
GREENVILLE SC 29603


SC DEPT OF REVENUE
PO BOX 12265
COLUMBIA SC 29211


SCOTT ROBERTS
1111 S FORK DR
SEVIERVILLE TN 37862


SEGRA
PO BOX 631140
CINCINNATI OH 45263


SELECT LABS SC
PO BOX 13030
GREENSBORO NC 27415


SENDGRID
1801 CALIFORNIA ST, STE 500
DENVER CO 80202


SETHI LABORATORIES LLC
4101 ROSS AVE STE 100
DALLAS TX 75204


SHRED AMERICA
1682 KATY LANE
FORT MILL SC 29708


SITELABS LLC
10131 CLEMSON BLVD
SENECA SC 29678


SPEAK STRATEGIC
PO BOX 1431
JOHNS ISLAND SC 29457

SPECTRUM BUSINESS
PO BOX 742614
CINCINNATI OH 45274


STAPLES BUSINESS ADVANTAGE
PO BOX 105748
ATLANTA GA 30348


STRECK LABS
PO BOX 45625
OMAHA NE 68145


SUNBELT RENTALS
PO BOX 409211
ATLANTA GA 30384


TECAN SP INC
PO BOX 846756
LOS ANGELES CA 90084


TECAN US
PO BOX 602740
CHARLOTTE NC 28260


TFORCE FREIGHT
PO BOX 650690
DALLAS TX 75265


THE HENDRICKS FIRM LLC
101 NE MAIN ST,
EASLEY SC 29640


THERMO FISHER FINANCIAL SERVICES INC
11 OLD EAGLE SCHOOL ROAD
WAYNE PA 19087


TIS INTERNATIONAL USA INC
PO BOX 7109
SAN FRANCISCO CA 94120


TOP FLIGHT STAFFING
PO BOX 51135
PIEDMONT SC 29673

TOX CREW INC
9111 CROSS PARK DR
KNOXVILLE TN 37923


TRANSLATIONAL SOFTWARE
7683 S.E. 27TH STREET #352
MERCER ISLAND WA 98040


TRI COUNTY RENTALS
5619 HWY153
EASLEY SC 29640


TRITON RECOVERY GROUP
19790 W. DIXIE HIGHWAY STE 301
AVENTURA FL 33180


UPS
PO BOX 7247-0244
PHILADELPHIA PA 19170


US BANK EQUIPMENT FINANCE
PO BOX 790448
SAINT LOUIS MO 63179


VESSEL MEDICAL, INC.
6000A PELHAM ROAD
GREENVILLE SC 29615


VESSELL MEDICAL
6000 A PELHAM ROAD
GREENVILLE SC 29615


VOX FUNDING SPV1, LLC
14 E 44TH ST 4TH FLOOR
NEW YORK NY 10017


VWR INTERNTIONAL
PO BOX 640169
PITTSBURGH PA 15264


WELLS FARGO FINACE LEASING, INC.
PO BOX 77096
MINNEAPOLIS MN 55480

```
WOODWARD & BUTLER
PO BOX 1906
WALTERBORO SC 29488


YOURGENE HEALTH
1680 MICHIGAN AVE
MIAMI BEACH FL 33139


ZEPTO METRIX/ANTYLIA
14957 COLLECTION CENTER DR
CHICAGO IL 60693


ZERION GROUP
PO BOX 940411
MAITLAND FL 32794
```